Same case below, 415 Fed. Appx. 437.

Same case below, 436 Fed. Appx. 164.

**No. 11-6547. Malik Snell, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 532, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7675.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 432 Fed. Appx. 80.

**No. 11-6556. Jason Antoine Brown, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 544, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7651.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 339.

**No. 11-6552. Eddie Carrillo, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 532, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7689.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 430 Fed. Appx. 325.

**No. 11-6557. Victor Lechuga-Guerrero, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 532, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7647.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 431 Fed. Appx. 295.

**No. 11-6553. Myron Christopher Canty, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 532, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7668.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 431 Fed. Appx. 826.

**No. 11-6558. Ali Pleasant-Bey, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 532, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7636.

October 31, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 988 A.2d 496.

**No. 11-6555. Alvaro Ezequeil Alas, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 532, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7703.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6561. Unula Abebe, Petitioner v. United States.**

565 U.S. 992, 132 S. Ct. 533, 181 L. Ed. 2d 373, 2011 U.S. LEXIS 7679.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 437 Fed. Appx. 221.